**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-1342**

―――――――――

GABRIEL MINTZ, a minor, by his parents and
next friends; EMILY MINTZ; DANIEL MINTZ,

Plaintiffs - Appellants,

and

NORMAN CORREA, a minor, by his parents and
next friends; FRANCISCO CORREA; LUCY CORREA,

Plaintiffs,

versus

PAUL VANCE, (Officially as) Superintendent;
MONTGOMERY COUNTY BOARD OF EDUCATION,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
94-1738-DKC)

―――――――――

Argued: December 4, 1996          Decided: December 30, 1996

―――――――――

Before HALL, MURNAGHAN, and LUTTIG, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

**ARGUED:** Michael Jeffrey Eig, BOGIN & EIG, P.C., Washington, D.C., for Appellants.  David Charles Hjortsberg, REESE & CARNEY, L.L.P., Columbia, Maryland, for Appellees.  **ON BRIEF:** Judith S. Bresler, REESE & CARNEY, L.L.P., Columbia, Maryland; Zvi Greismann, Senior Attorney, MONTGOMERY COUNTY PUBLIC SCHOOLS, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gabriel Mintz and his parents, Daniel and Emily Mintz, appeal an order of the district court granting summary judgment to the defendants, a county school board and its superintendent, in the Mintzes' suit to recover attorney's fees under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 <u>et seq</u>.  We have considered the briefs and arguments of the parties, and we affirm the judgment of the district court for the reasons stated by that court in its memorandum opinion.  <u>Correa v. Vance</u>, No. DKC 94-1738 (D. Md. Feb. 9, 1996).

<u>AFFIRMED</u>